# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 643-7000
Fax: (212) 643-6500

**Mark E. Duckstein**
Member
Admitted In NJ, NY
Direct Dial: 973-643-5391
Email: mduckstein@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

January 31, 2014

<u>Via E-Filing and Regular Mail</u>

Hon. Mark Falk, U.S.M.J.
United States District court
Martin Luther King Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    Zarnighian v. Deluxe Auto Sales, Inc., et al.,
              2:10-cv-02421-CCC-JAD

Dear Judge Falk:

      This firm represents plaintiff Shahram ("Sam") Zarnighian in the above-referenced matter. With Your Honor's aid, the parties entered into a settlement in principal on November 1, 2013. The Court then entered a conditional dismissal Order giving the parties until January 3, 2014 to object, which deadline was extended until February 3, 2014. Since that time, the parties executed a Settlement Agreement ("Agreement"), and defendants made initial settlement payments to plaintiff.

      Pursuant to the Agreement, plaintiff must receive a first-priority mortgage to a certain property as security for payment of the settlement amounts. The mortgage has been recorded and we are now in need of proper confirmation that it is a first-priority lien, which takes some time due to the nature of the lien recordation process. Accordingly, we request a 30-day extension of the date to revive this action, which will provide sufficient time to confirm the priority of the "recorded" mortgage. We thank Your Honor for your consideration and time.

Respectfully submitted,

Mark E. Duckstein

MED/mb
c:    Maria Vallejo, Esq. (via e-filing)